## United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-2995

_____

James H. Phillips

*Plaintiff - Appellant*

v.

Sheila Woodard, Doctor, Forrest City Medium; Michelle Hickerson, Nurse Practitioner, Forrest City Medium, also known as M. Hickerson; United States of America

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Delta
_____

Submitted: March 22, 2021
Filed: March 25, 2021
[Unpublished]
_____

Before GRUENDER, WOLLMAN, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Former federal inmate James H. Phillips appeals the district court's[1] adverse grant of summary judgment in his action under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), and the Federal Tort Claims Act (FTCA). Phillips has abandoned his FTCA claim, <u>see</u> <u>Hess v. Ables</u>, 714 F.3d 1048, 1051 n.2 (8th Cir. 2013) (abandonment of claim); and we find no basis for overturning the district court's well-reasoned determination that defendants were entitled to summary judgment on his <u>Bivens</u> claims, <u>see</u> <u>Cullor v. Baldwin</u>, 830 F.3d 830, 836 (8th Cir. 2016) (de novo review). The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

———————————————————————

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.